**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR AUTO SAFETY, | |
| Plaintiff, | |
| v. | Case No. 1:16-cv-192 (EGS) |
| ANTHONY FOXX and UNITED STATES DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Anthony Foxx, Secretary of the U.S. Department of Transportation, and United States Department of Transportation (collectively "Defendants"), by and through undersigned counsel, respectfully move the Court for an extension of time to respond to the complaint so that a response would be due November 18, 2016.  In support of their Unopposed Motion for Extension of Time, Defendants describe the status of this litigation and note the developments with regard to the underlying facts since they last moved for an extension as follows:

1.  Plaintiff filed a complaint on February 4, 2016.  Defendants' current deadline to respond to the complaint is August 19, 2016.

2.  The complaint challenges Defendants' compliance with 49 U.S.C. § 30166(f)(1) & (f)(2). *See* ECF No. 1.  Section 30166(f)(1) states that

> A manufacturer shall give the Secretary of Transportation, and the Secretary shall make available on a publicly accessible Internet website, a true or representative copy of each communication to the manufacturer's dealers or to owners or purchasers of a motor vehicle or replacement equipment produced by the manufacturer about a defect or noncompliance

with a motor vehicle safety standard prescribed under this chapter in a vehicle or equipment that is sold or serviced.

Section 30166(f)(2) states that "[c]ommunications required to be submitted to the Secretary under this subsection shall be accompanied by an index to each communication" and the index "shall be made available by the Secretary to the public on the Internet in a searchable format."

3. On March 25, 2016, National Highway Traffic Safety Administration ("NHTSA") published a Federal Register notice relating to this statute. *See* 81 Fed. Reg. 16270 *et seq.* (March 25, 2016).

4. At the time of the publication of the Federal Register notice, NHTSA's website already displayed available documents and information related to recalls, defect investigations, and customer satisfaction campaigns. *See* 81 Fed. Reg. at 16271-72 (March 25, 2016).

5. Since Defendants last moved for an extension, Defendants have continued to upload manufacturer communications and indexes on its website, including over 1,000 pages of recall indexes and corresponding communications, which can be found at http://www-odi.nhtsa.dot.gov/downloads/folders/Recalls/Recall_Communications.pdf.

Defendants have also uploaded over 200 non-recall indexes and corresponding communications, which can be found at http://www-odi.nhtsa.dot.gov/downloads/folders/TSBS/Manufacturer_Communications.pdf.

Plaintiff is assessing these developments with reference to the continuation of this litigation.

6. In light of the foregoing and ongoing activity in compliance with the statute, Defendants respectfully request an extension of time until November 18, 2016, to respond to the complaint.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose this request.

8. This is the third motion for extension filed in this case.

9. This Motion is made in good faith and not for the purposes of delay, and the relief requested will not cause prejudice to Plaintiff.

Dated:  August 19, 2016

Respectfully Submitted,

BENJAMIN MIZER
Principal Deputy Assistant Attorney General

JUDRY L. SUBAR
Assistant Director

*/s/ Alice Shih LaCour*
ALICE SHIH LACOUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(P) 202-514-3489 | (F) 202-616-8470
alice.s.lacour@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2016, a copy of the foregoing Unopposed Motion for Extension of Time was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Alice Shih LaCour*
Alice Shih LaCour