**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR AUTO SAFETY, | |
| Plaintiff, | |
| v. | Case No. 1:16-cv-192 (EGS) |
| ANTHONY FOXX and UNITED STATES DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

## JOINT MOTION TO STAY

The parties jointly and respectfully move the Court for a stay of the case for twelve months in light of the considerations set forth below.  In support of their Joint Motion to Stay, the parties state as follows:

1.  Plaintiff filed a complaint on February 4, 2016.  Defendants have filed three unopposed motions for extension of time to respond, all of which the Court has granted. Defendants' current deadline to respond to the complaint is November 18, 2016.

2.   The complaint challenges Defendants' compliance with 49 U.S.C. § 30166(f)(1) & (f)(2). *See* ECF No. 1.  Section 30166(f)(1) states that

> A manufacturer shall give the Secretary of Transportation, and the Secretary shall make available on a publicly accessible Internet website, a true or representative copy of each communication to the manufacturer's dealers, rental companies, or other  owners or purchasers of a motor vehicle or replacement equipment produced by the manufacturer about a defect or noncompliance with a motor vehicle safety standard prescribed under this chapter in a vehicle or equipment that is sold or serviced.

Section 30166(f)(2) states that "[c]ommunications required to be submitted to the Secretary under this subsection shall be accompanied by an index to each

communication" and the index "shall be made available by the Secretary to the public on the Internet in a searchable format."

3.  On March 25, 2016, National Highway Traffic Safety Administration ("NHTSA") published a Federal Register notice relating to this statute.  *See* 81 Fed. Reg. 16270 *et seq.* (March 25, 2016).

4.   In the Federal Register notice, NHTSA stated that it already made available on its website documents related to recalls, defect investigations, and customer satisfaction campaigns, *see* 81 Fed. Reg. at 16271-72, and announced its intent to start "publicly post[ing] all manufacturer communications submitted to it pursuant to 49 U.S.C. 30166(f)." 81 Fed. Reg. at 16274.

5.  Since the Federal Register notice, Defendants have been uploading communications and indexes to NHTSA's website. The uploaded recall indexes and identifying information for corresponding communications can be found at http://www-odi.nhtsa.dot.gov/downloads/folders/Recalls/Recall_Communications.pdf.     The uploaded non-recall indexes and identifying information for corresponding communications can be found at http://www-odi.nhtsa.dot.gov/downloads/folders/TSBS/Manufacturer_Communications.pdf.

6.  At its current pace, Defendants anticipate that it will take at least another 8 months to upload the indexes in its possession.  Defendants also anticipate that additional communications and indexes will be submitted and uploaded during the coming months.

7.   In light of the foregoing and ongoing activity, the parties respectfully request a stay of

the case for twelve months, until November 17, 2017, at which time the parties will

update the Court as to whether further litigation is necessary.

8.   This Motion is made in good faith and not for the purposes of delay, and the relief

requested will not cause prejudice to either party.

Dated:  November 15, 2016                         Respectfully Submitted,

*/s/ Adina H. Rosenbaum*
ADINA ROSENBAUM                                  BENJAMIN MIZER
Public Citizen Litigation Group                  Principal Deputy Assistant Attorney General
1600 20th Street, N.W.
Washington, D.C. 20009                           JUDRY L. SUBAR
(P) 202-588-1000                                 Assistant Director
(F) 202-588-7795
arosenbaum@citizen.org                           */s/ Alice Shih LaCour*
                                                 ALICE SHIH LACOUR
*Attorney for Plaintiff*                         Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Avenue, N.W.
                                                 Washington, D.C. 20530
                                                 (P) 202-514-3489 | (F) 202-616-8470
                                                 alice.s.lacour@usdoj.gov

                                                 *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2016, a copy of the foregoing Joint Motion to Stay was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Alice Shih LaCour*
Alice Shih LaCour