**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR AUTO SAFETY,

*Plaintiff,*

v.

ELAINE L. CHAO and UNITED STATES
DEPARTMENT OF TRANSPORTATION,

*Defendants.*

No. 1:16-cv-192 (EGS)

**DEFENDANTS' SECOND INTERIM STATUS REPORT**

Pursuant to the Court's Minute Order of November 21, 2017, and the parties' Joint Stay
Motion of November 17, 2017, Defendants respectfully submit this interim status report, and state
as follows:

1. On February 4, 2016, Plaintiff filed this action challenging Defendants' compliance
   with 49 U.S.C. §§ 30166(f)(1) & (f)(2).  *See* ECF No. 1 (Complaint) ¶¶ 1, 10-11.

2. On March 25, 2016, the National Highway Traffic Safety Administration ("NHTSA")
   published a Federal Register notice relating to this statute, in which it announced its
   intent to start "publicly post[ing] all manufacturer communications submitted to it
   pursuant to 49 U.S.C. § 30166(f)."  81 Fed. Reg. 16270, 16274 (March 25, 2016).

3. On November 15, 2016, the parties jointly moved for a twelve-month stay to allow
   Defendants time to upload communications and indexes in its possession to NHTSA's
   website.  *See* ECF No. 7 (First Joint Stay Motion).  The Court granted the parties' first
   joint motion to stay this case on November 16, 2016.  *See* Minute Order of Nov. 16,
   2016.

1

4.  On November 17, 2017, the parties jointly moved for a second twelve-month stay, until November 19, 2018, to allow NHTSA to continue to reduce its backlog of manufacturer indexes and manufacturer communications and to finish developing and begin implementing its more fully automated processing system for these communications and indexes.  *See* ECF 9 (Second Joint Stay Motion) ¶ 5.  The Court granted the parties' second joint motion to stay this case on November 21, 2017.  *See* Minute Order of Nov. 21, 2017.

5.  In their Second Joint Stay Motion, the parties proposed that Defendants would file two interim status reports with the Court, no later than March 19, 2018, and July 19, 2018. *See* Second Joint Stay Motion ¶ 6.  These reports would "advis[e] this Court of [Defendants'] progress with respect to the ongoing processing of [manufacturer] indexes and communications, and the development and implementation of the [agency's] more fully automated system" for processing those indexes and communications.  *See id.*

6.  In the approximately eight months since the Court entered the second stay in this case, NHTSA has made additional progress processing and uploading to its website indexes and communications submitted to the agency by manufacturers.  Specifically, NHTSA represents that:

    a.  To date, NHTSA has made at least 9,387 manufacturer indexes and at least 44,571 manufacturer communications publicly available on its website.

    b.  NHTSA has made significant progress reducing its backlog of indexes and communications processed using its manual processing system, which employs a contractor whose staff performs data entry and quality control.  NHTSA has

now cleared the backlog of manufacturer indexes and manufacturer communications that were pending in its manual system.

   c.   NHTSA has also made significant progress reducing its backlog of indexes and communications processed using its partially automated system ("Phase I"). NHTSA now has a backlog of only 1,489 manufacturer indexes and 5,893 manufacturer communications pending in its partially automated system.

   d.   NHTSA also has a backlog of manufacturer communications submitted without indexes.

7.   Since the Court stayed this case a second time, NHTSA has also made significant progress in the development of its more fully automated processing system ("Phase II").

   a.   In December 2017, NHTSA's contractor completed initial development and testing of the Phase II system.

   b.   In January 2018, NHTSA began working through some technical issues raised by the testing of the Phase II system. NHTSA has largely rectified these issues and expects to deploy the system soon after it verifies that all the technical issues are resolved. NHTSA currently projects that the system will be deployed in September, provided there are no further technical setbacks. NHTSA will provide an update on the status of the Phase II system in its next status report.

   c.   Upon further review, NHTSA has determined that its existing clearances under the Paperwork Reduction Act cover the implementation of its Phase II processing with manufacturers, and the agency does not anticipate needing to seek additional clearances under this statute.

8. As noted in the parties' Second Joint Stay Motion, Defendants intend to coordinate the

filing of a joint status report before the expiration of the stay, advising the Court as to

whether further proceedings are necessary.


Respectfully submitted this 18th day of July, 2018,


CHAD A. READLER
Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Anjali Motgi*_____
ANJALI MOTGI
Trial Attorney (TX Bar 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 305-0879 (tel.)
(202) 616-8470 (fax)
anjali.motgi@usdoj.gov

*Counsel for Defendants*